# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DIAZ-LOPEZ, CUAUHTEMOC ALFREDO** | No. 2:25-mj-00034-KFW |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Scott M. Hanton, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Border Patrol Agent-Intelligence with the United States Border Patrol ("USBP"), currently assigned to the Houlton Sector Intelligence Unit in Hodgdon, Maine. I have been an agent with the USBP since November 29, 2010. I completed the USBP Academy in February of 2011, where I received instruction in constitutional law, immigration law, criminal law, and federal and civil statutes. I have also received training in the detection, interdiction, and arrest of narcotics smugglers, alien smugglers, and aliens illegally present in the United States. In the course of my employment with USBP, I have been assigned to the Highway 90 and Highway 80 immigration checkpoints in Arizona, where I was the primary agent for multiple narcotic and human smuggling cases.

2. From March 2020 to August 2022, I was assigned as a Case Agent for the Tucson Sector Prosecution Unit. I have conducted numerous criminal investigations involving illicit activity and have gathered and structured evidence and facts pertaining to administrative and criminal immigration cases. In the course of my duties, I have taken sworn statements from material witnesses and suspects. I routinely perform

record checks through various law enforcement databases to establish accuracy of information as well as to gather facts further relevant to a respective case. I have acted as a liaison between the United States Attorney's Office and field agents, and I have assisted fellow agents in the development of their cases. I am currently assigned collateral duty as a Houlton Sector Prosecutions Case Manager.

3. I make this affidavit in support of a Criminal Complaint charging DIAZ-LOPEZ, CUAUHTEMOC ALFREDO, with one count of Illegal Re-Entry of Alien After Deportation, in violation of Title 8, United States Code, Sections 1326(a). The information contained in this affidavit is based on my review of reports prepared by other law enforcement officers and conversations with involved personnel, as well as my training and experience as a prosecution case agent.

## STATEMENT OF PROBABLE CAUSE

4. On January 22, 2025, at approximately 7:43 PM, a Resident Border Patrol Agent assigned to the Calais Border Patrol Station was contacted by an officer with the Old Orchard Police Department (OOBPD). The officer stated he had observed a motor vehicle being operated at nighttime without headlights and conducted a vehicle stop on a black Ford F350 with Colorado Registration EFV S97. The officer advised the Border Patrol Agent that the driver did not possess a valid driver's license and spoke very little English. The Border Patrol Agent arrived at the scene of the traffic stop, located on Saco Avenue in Old Orchard Beach, Maine, at approximately 8:16 PM.

5. The Border Patrol Agent was advised by the officer that the driver was going to be issued a citation for operating a motor vehicle without a valid driver's license and that the vehicle would be towed away by A-1 Towing out of Old Orchard Beach, Maine. The Border Patrol Agent then approached the subject, later identified as DIAZ-

LOPEZ, CUAUHTEMOC ALFREDO, and identified himself as a United States Border Patrol Agent. The Border Patrol Agent asked the subject, in the Spanish Language, his citizenship and immigration status in the United States. DIAZ-LOPEZ claimed to be a citizen of Mexico and refused to answer when asked if he had any documentation to enter or remain in the United States. The Border Patrol Agent was able to confirm the subject's identity via a facial recognition search in Mobile Query. Record checks confirmed that DIAZ-LOPEZ had been previously removed from the United States.

6. At approximately 8:30 PM, the Border Patrol Agent detained DIAZ-LOPEZ and transported him to Two Bridges Regional Jail (TBRJ) in Wiscasset, Maine for temporary immigration holding. On January 23, 2025, the Border Patrol Agent drove his service vehicle to TBRJ and transported him to the Area Port of Portland, Maine for further processing. At the Area Port of Portland, DIAZ-LOPEZ was advised of his rights in the Spanish language at approximately 10:05 AM. DIAZ-LOPEZ verbally acknowledged and stated that he understood his rights.

7. In a Sworn Statement, DIAZ-LOPEZ stated that he had been removed from the United States "about three years ago".

## CONCLUSION

I respectfully submit, based on the facts set forth above, that probable cause exists to charge DIAZ-LOPEZ, by Criminal Complaint with the offense of Illegal Re-Entry After Deportation, in violation of Title 8, United States Code, Sections 1326(a), and I respectfully request that the accompanying Criminal Complaint be issued.

_____
Scott Hanton
Border Patrol Agent
U.S. Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jan 27 2025

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title